# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | |
|---|---|
| In re: YOUNG, RODNEY LEE | § Case No. 08-71975 |
| YOUNG, MONETTA IRENE | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on June 23, 2008. The undersigned trustee was appointed on June 24, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      38,587.38

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 513.19 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 15,000.00 |
| Leaving a balance on hand of[1]     $ | 23,074.19 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 12/24/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,108.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,108.74, for a total compensation of $3,108.74. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2009          By:/s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71975 BARB
**Case Name:** YOUNG, RODNEY LEE
YOUNG, MONETTA IRENE
**Period Ending:** 10/06/09

**Trustee:** (330490)    MEGAN G. HEEG
**Filed (f) or Converted (c):** 06/23/08 (f)
**§341(a) Meeting Date:** 08/08/08
**Claims Bar Date:** 12/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furs and jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA, ERISA, Keogh, pension, profit sharing plan | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA, ERISA, Keogh, pension, profit sharing plan | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Autos, trucks, trailers, other vehicles, access. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Other personal property of any kind | 900.00 | 0.00 | DA | 0.00 | FA |
| 10 | Non-Contingent Interest in Estate (u)<br>Share of Midland Insurance Policy | 0.00 | 2,557.80 | | 2,557.80 | FA |
| 11 | Non-Contingent Interest in Estate (u)<br>Share of Mutual of Omaha policy | 0.00 | 2,522.03 | | 2,522.03 | FA |
| 12 | Non-Contingent Interest in Estate (u)<br>Share of interest in Oldsmobile | 0.00 | 425.00 | | 425.00 | FA |
| 13 | Non-Contingent Interest in Estate (u)<br>Share of interest in Eaton Corp Stock | 0.00 | 2,060.22 | | 2,060.22 | FA |
| 14 | Non-Contingent Interest in Estate (u)<br>Real estate | 0.00 | 4,486.81 | | 20,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 08-71975 BARB |
|---|---|
| Case Name: | YOUNG, RODNEY LEE |
| | YOUNG, MONETTA IRENE |
| Period Ending: | 10/06/09 |

| | |
|---|---|
| Trustee: | (330490)    MEGAN G. HEEG |
| Filed (f) or Converted (c): | 06/23/08 (f) |
| §341(a) Meeting Date: | 08/08/08 |
| Claims Bar Date: | 12/24/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Non-Contingent Interest in Estate (u)<br>Share of interest in CD | 0.00 | 4,073.18 | | 4,073.18 | FA |
| 16 | Non-Contingent Interest in Estate (u)<br>Share of interest in CD | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 17 | Non-Contingent Interest in Estate (u)<br>7/10/09 Atty Keller advises there is an account (in<br>nonprobate estate's name) in the approx amt of 13,000<br>for the home upkeep, taxes, etc. when house is sold, will<br>divide up among siblings. | 0.00 | 2,936.21 | | 2,936.21 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.94 | Unknown |
| 18 | **Assets    Totals (Excluding unknown values)** | **$38,600.00** | **$23,061.25** | | **$38,587.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2008        Current Projected Date Of Final Report (TFR):    October 6, 2009  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-71975 BARB
**Case Name:** YOUNG, RODNEY LEE
YOUNG, MONETTA IRENE
**Taxpayer ID #:** 61-6364143
**Period Ending:** 10/06/09

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-19 - Time Deposit Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/09 | | FUNDING ACCOUNT: ********1965 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 04/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,003.74 |
| 07/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,007.48 |
| 08/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,008.72 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,010.03 |
| 09/30/09 | | To Account #********1965 | to prepare final report | 9999-000 | | 10,010.03 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,010.03 | 10,010.03 | $0.00 |
| Less: Bank Transfers | | 10,000.00 | 10,010.03 | |
| **Subtotal** | | 10.03 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10.03** | **$0.00** | |

{} Asset reference(s)                                        !-Not printed or not transmitted                    Printed: 10/06/2009 02:20 PM    V.11.52

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-71975 BARB |
|---|---|
| Case Name: | YOUNG, RODNEY LEE |
| | YOUNG, MONETTA IRENE |
| Taxpayer ID #: | 61-6364143 |
| Period Ending: | 10/06/09 |

| Trustee: | MEGAN G. HEEG (330490) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****19-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/08 | {10} | Midland National Life Insurance Company | Debtor's share of deceased mother's life insurance proceeds | | 1210-000 | 2,557.80 | | 2,557.80 |
| 10/31/08 | {12} | Doris Lawson | sale of car | | 1210-000 | 425.00 | | 2,982.80 |
| 11/17/08 | {11} | United of Omaha Life Insurance Co. | interest in estate | | 1210-000 | 2,522.03 | | 5,504.83 |
| 11/26/08 | {15} | Doris Lawson | non-contingent interest in estate (mother's CD) | | 1210-000 | 4,073.18 | | 9,578.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.25 | | 9,578.26 |
| 12/23/08 | {13} | Edward Jones | share of interest in Eaton Corp Stock | | 1210-000 | 2,060.21 | | 11,638.47 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.67 | | 11,639.14 |
| 01/15/09 | {13} | Edward Jones | late interest posted | | 1210-000 | 0.01 | | 11,639.15 |
| 01/19/09 | | ACCOUNT FUNDED: *******1919 | | | 9999-000 | | 10,000.00 | 1,639.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.32 | | 1,639.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.06 | | 1,639.53 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.07 | | 1,639.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.06 | | 1,639.66 |
| 05/28/09 | {16} | Richard Russell | share of interest in CD of Doris Lawson Estate | | 1210-000 | 4,000.00 | | 5,639.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.06 | | 5,639.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.23 | | 5,639.95 |
| 07/31/09 | | Sterling Federal Bank | sale proceeds from sale of 804 Evans, Ashton, IL | | | 19,486.81 | | 25,126.76 |
| | {14} | | one-fourth gross proceeds of sale of mother's home | 20,000.00 | 1210-000 | | | 25,126.76 |
| | | | one fourth of probate atty fees | -293.12 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of title | -69.25 | 2500-000 | | | 25,126.76 |

| | | | | Subtotals : | | $35,126.76 | $10,000.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-71975 BARB
**Case Name:** YOUNG, RODNEY LEE
YOUNG, MONETTA IRENE
**Taxpayer ID #:** 61-6364143
**Period Ending:** 10/06/09

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-65 - Money Market Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | insurance | | | | | 25,126.70 |
| | | | one-fourth of policy fee | -0.75 | 2500-000 | | | 25,126.70 |
| | | | one-fourth of recording fees | -15.25 | 2500-000 | | | 25,126.70 |
| | | | one-fourth of city/county tax stamps | -10.00 | 2500-000 | | | 25,126.70 |
| | | | one-fourth of state tax stamps | -20.00 | 2500-000 | | | 25,126.70 |
| | | | one-fourth of pest control | -16.25 | 2500-000 | | | 25,126.70 |
| | | | one-fourth of county taxes | -88.57 | 2820-000 | | | 25,126.70 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.23 | | 25,126.93 |
| 08/05/09 | 1001 | Monetta Young | homestead exemption portion to Debtor | | 8100-002 | | 15,000.00 | 10,126.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.44 | | 10,127.37 |
| 09/01/09 | {17} | Richard Russell | share of bank account | | 1210-000 | 2,936.21 | | 13,063.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.52 | | 13,064.99 |
| 09/30/09 | | From Account #*******1919 | to prepare final report | | 9999-000 | 10,010.03 | | 23,074.74 |
| | | | | | Subtotals : | $12,947.43 | $15,000.00 | |

{} Asset reference(s)                                   l-Not printed or not transmitted

Printed: 10/06/2009 02:20 PM

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-71975 BARB
**Case Name:** YOUNG, RODNEY LEE
YOUNG, MONETTA IRENE
**Taxpayer ID #:** 61-6364143
**Period Ending:** 10/06/09

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 48,074.19 | 25,000.00 | $23,074.19 |
| | | | Less: Bank Transfers | | 10,010.03 | 10,000.00 | |
| | | | Subtotal | | 38,064.16 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $38,064.16 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-71975 BARB
**Case Name:** YOUNG, RODNEY LEE
YOUNG, MONETTA IRENE
**Taxpayer ID #:** 61-6364143
**Period Ending:** 10/06/09

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****19-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| CD # ****-*****19-19 | 10.03 | 0.00 | 0.00 |
| MMA # ***-*****19-65 | 38,064.16 | 0.00 | 23,074.16 |
| Checking # ***_*****19-66 | 0.00 | 0.00 | 0.00 |
| | $38,074.19 | $0.00 | $23,074.19 |

{} Asset reference(s)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71975
Case Name: YOUNG, RODNEY LEE
Trustee Name: MEGAN G. HEEG

Claims of secured creditors will be paid as follows:

*Claimant*                                               *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MEGAN G. HEEG | $ 3,108.74 | $ |
| *Attorney for trustee* | Ehrmann Gehlbach Badger & Lee | $ 2,020.00 | $ 65.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,494.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 7,693.42 | $ 3,483.11 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 14,615.88 | $ 6,617.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 12,235.72 | $ 5,539.56 |
| 4 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | $ 1,107.78 | $ 501.53 |
| 5 | Rockford Health Physicians | $ 804.49 | $ 364.22 |
| 6 | Recovery Management Systems Corporation | $ 3,036.82 | $ 1,374.88 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**