UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: YOUNG, RODNEY LEE § Case No. 08-71975
   YOUNG, MONETTA IRENE §
§
Debtor(s) §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/07/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/23/2009   By: /s/MEGAN G. HEEG_____
                Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: YOUNG, RODNEY LEE | § | Case No. 08-71975 |
| YOUNG, MONETTA IRENE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 38,587.38

*and approved disbursements of*      $ 15,513.19

*leaving a balance on hand of* [1]      $ 23,074.19

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 3,108.74 | $ |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 2,020.00 | $ 65.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,494.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 7,693.42 | $ 3,483.11 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 14,615.88 | $ 6,617.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 12,235.72 | $ 5,539.56 |
| 4 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | $ 1,107.78 | $ 501.53 |
| 5 | Rockford Health Physicians | $ 804.49 | $ 364.22 |
| 6 | Recovery Management Systems Corporation | $ 3,036.82 | $ 1,374.88 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Certificate of Service    Page 5 of 6

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman                Page 1 of 1                  Date Rcvd: Oct 23, 2009
Case: 08-71975                Form ID: pdf006               Total Noticed: 29

The following entities were noticed by first class mail on Oct 25, 2009.
db/jdb        +Rodney Lee Young,   Monetta Irene Young,   P.O. Box 576,   Ashton, IL 61006-0576
aty           +John C Redington,   Tess and Redington,   P. O. Box 68,   Rochelle, IL 61068-0068
12351948       ATT Universal MasterCard,   P.O. Box 688916,   DesMoines, IA 50368-8916
12351944      +Academy Collection,   10965 Decatur Road,   Philadelphia, PA 19154-3294
12351945       Affiliated Surgeons of Rockford,   P.O. Box 15730,   Loves Park, IL 61132-5730
12351946       Amcore Bank,   P.O. Box 358,   Beloit, WI 53512-0358
12351947      +Arrow Financial Services,   5996 W. Touhy Avenue,   Niles, IL 60714-4610
12351949       Caterhine's,   P.O. Box 856044,   Louisville, KY 40285-6044
12351950       Citi Card Platinum,   P.O. Box 688916,   Des Moines, IA 50368-8916
12351953       King Size,   P.O. Box 659728,   San Antonio, TX 78265-9728
12668904       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
12351954      +Pension, Inc.,   P.O. Box 610,   Bettendorf, IA 52722-0011
12351955       Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
12351956       Roamans,   P.O. Box 659728,   San Antonio, TX 78265-9728
12685664      +Rockford Health Physicians,   2300 N Rockton Ave,   Rockford, Il 61103-3619
12351957      +Rockford Health Physicians,   Anesthesiology Services,   6785 Weaver Road, Suite E,
                Rockford, IL 61114-8055
12351958       Rockford Health Physicians,   Dept CH 10862,   Rockford IL 60055
12351959       Rockford Health Systems,   Rockford Memorial Hospital,   P.O. Box 14125,
                Rockford, IL 61105-4125
12351960      +Ronson & Migliaccio, LLP,   799 Roosevelt Road, Suite 316A,   Glen Ellyn, IL 60137-5908
12682861       SPIRIT OF AMERICA NATIONAL BANK/CATHERINES,   FIRST EXPRESS,   PO BOX 856044,
                LOUISVILLE, KY  40285-6044
12351961       Sears Gold Mastercard,   P.O. Box 183082,   Columbus, OH 43218-3082
12351962      +TMH Pathologists,   c/o PBO, Inc.,   6785 Weaver Rd. #D,   Rockford, IL 61114-8055
12351964       Woman Within,   P.O. Box 659728,   San Antonio, TX 78265-9728
12351965       World Financial Network National Bank,   P.O. Box 182124,   Columbus, OH 43218-2124
The following entities were noticed by electronic transmission on Oct 23, 2009.
tr            +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
12351951       E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
                Creditor's Protection Service,   202 W. State Street,   P.O. Box 4115,   Rockford, IL 61110-0615
12351952       E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      GE Money Bank,   P.O. Box 103104,
                Roswell, GA 30076
12950547      +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:05
                Recovery Management Systems Corporation,   For GE Money Bank,   dba Wal-Mart,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12351963       E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      Wal-Mart,   P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2009**               **Signature:** _Joseph Speetjens_