**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: YOUNG, RODNEY LEE | § Case No. 08-71975 |
| YOUNG, MONETTA IRENE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $38,600.00 | Assets Exempt: $38,600.00 |
| Total Distribution to Claimants: $17,882.99 | Claims Discharged Without Payment: $44,843.41 |
| Total Expenses of Administration: $5,706.93 | |

3) Total gross receipts of $ 38,589.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $23,589.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,706.93 | 5,706.93 | 5,706.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,949.80 | 39,494.11 | 39,494.11 | 17,882.99 |
| **TOTAL DISBURSEMENTS** | $54,949.80 | $45,201.04 | $45,201.04 | $23,589.92 |

  4)  This case was originally filed under Chapter 7 on June 23, 2008.
. The case was pending for 26 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2010         By: /s/MEGAN G. HEEG
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Non-Contingent Interest in Estate | 1229-000 | 2,557.80 |
| Non-Contingent Interest in Estate | 1229-000 | 2,522.03 |
| Non-Contingent Interest in Estate | 1229-000 | 425.00 |
| Non-Contingent Interest in Estate | 1229-000 | 2,060.22 |
| Non-Contingent Interest in Estate | 1210-000 | 20,000.00 |
| Non-Contingent Interest in Estate | 1229-000 | 4,073.18 |
| Non-Contingent Interest in Estate | 1229-000 | 4,000.00 |
| Non-Contingent Interest in Estate | 1229-000 | 2,936.21 |
| Interest Income | 1270-000 | 15.48 |
| **TOTAL GROSS RECEIPTS** | | **$38,589.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Monetta Young | homestead exemption portion to Debtor | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amcore Bank | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $3,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,108.74 | 3,108.74 | 3,108.74 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,020.00 | 2,020.00 | 2,020.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 65.00 | 65.00 | 65.00 |
| Sterling Federal Bank | 2500-000 | N/A | 293.12 | 293.12 | 293.12 |
| Sterling Federal Bank | 2500-000 | N/A | 69.25 | 69.25 | 69.25 |
| Sterling Federal Bank | 2500-000 | N/A | 0.75 | 0.75 | 0.75 |
| Sterling Federal Bank | 2500-000 | N/A | 15.25 | 15.25 | 15.25 |
| Sterling Federal Bank | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| Sterling Federal Bank | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| Sterling Federal Bank | 2500-000 | N/A | 16.25 | 16.25 | 16.25 |
| Sterling Federal Bank | 2820-000 | N/A | 88.57 | 88.57 | 88.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,706.93 | 5,706.93 | 5,706.93 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,693.42 | 7,693.42 | 7,693.42 | 3,483.60 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 13,913.89 | 14,615.88 | 14,615.88 | 6,618.09 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,235.72 | 12,235.72 | 5,540.35 |
| SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 7100-000 | 1,107.78 | 1,107.78 | 1,107.78 | 501.60 |
| Rockford Health Physicians | 7100-000 | 2,994.57 | 804.49 | 804.49 | 364.27 |
| Recovery Management Systems Corporation | 7100-000 | 3,007.85 | 3,036.82 | 3,036.82 | 1,375.08 |
| Pension, Inc. | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| King Size | 7100-000 | 277.27 | N/A | N/A | 0.00 |
| Retail Services | 7100-000 | 301.56 | N/A | N/A | 0.00 |
| Woman Within | 7100-000 | 330.62 | N/A | N/A | 0.00 |
| World Financial Network National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Ronson & Migliaccio, LLP | 7100-000 | 301.56 | N/A | N/A | 0.00 |
| TMH Pathologists c/o PBO, Inc. | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| GE Money Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| Roamans | 7100-000 | 195.73 | N/A | N/A | 0.00 |
| Affiliated Surgeons of Rockford | 7100-000 | 31.77 | N/A | N/A | 0.00 |
| Creditor's Protection Service | 7100-000 | 260.15 | N/A | N/A | 0.00 |
| Arrow Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| Academy Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| ATT Universal MasterCard | 7100-000 | 11,638.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 51,949.80 | 39,494.11 | 39,494.11 | 17,882.99 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71975  
**Case Name:** YOUNG, RODNEY LEE  
YOUNG, MONETTA IRENE  
**Period Ending:** 08/24/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 08/08/08  
**Claims Bar Date:** 12/24/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furs and jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA, ERISA, Keogh, pension, profit sharing plan | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA, ERISA, Keogh, pension, profit sharing plan | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Autos, trucks, trailers, other vehicles, access. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Other personal property of any kind | 900.00 | 0.00 | DA | 0.00 | FA |
| 10 | Non-Contingent Interest in Estate (u)     Share of Midland Insurance Policy | 0.00 | 2,557.80 | | 2,557.80 | FA |
| 11 | Non-Contingent Interest in Estate (u)     Share of Mutual of Omaha policy | 0.00 | 2,522.03 | | 2,522.03 | FA |
| 12 | Non-Contingent Interest in Estate (u)     Share of interest in Oldsmobile | 0.00 | 425.00 | | 425.00 | FA |
| 13 | Non-Contingent Interest in Estate (u)     Share of interest in Eaton Corp Stock | 0.00 | 2,060.22 | | 2,060.22 | FA |
| 14 | Non-Contingent Interest in Estate (u)     Real estate | 0.00 | 4,486.81 | | 20,000.00 | FA |
| 15 | Non-Contingent Interest in Estate (u)     Share of interest in CD | 0.00 | 4,073.18 | | 4,073.18 | FA |
| 16 | Non-Contingent Interest in Estate (u)     Share of interest in CD | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 17 | Non-Contingent Interest in Estate (u)     7/10/09 Atty Keller advises there is an account (in nonprobate estate's name) in the approx amt of 13,000 for the home upkeep, taxes, etc. when house is sold, will divide up among siblings. | 0.00 | 2,936.21 | | 2,936.21 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.48 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$38,600.00** | **$23,061.25** | | **$38,589.92** | **$0.00** |

Printed: 08/24/2010 10:12 AM     V.12.52

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71975  
**Case Name:** YOUNG, RODNEY LEE  
               YOUNG, MONETTA IRENE  
**Period Ending:** 08/24/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 08/08/08  
**Claims Bar Date:** 12/24/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2008     **Current Projected Date Of Final Report (TFR):**     October 6, 2009  (Actual)

Printed: 08/24/2010 10:12 AM     V.12.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-71975  
**Case Name:** YOUNG, RODNEY LEE  
YOUNG, MONETTA IRENE  
**Taxpayer ID #:** **-***4143  
**Period Ending:** 08/24/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-19 - Time Deposit Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/09 | | FUNDING ACCOUNT: ********1965 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 04/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,003.74 |
| 07/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,007.48 |
| 08/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,008.72 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,010.03 |
| 09/30/09 | | To Account #********1965 | to prepare final report | 9999-000 | | 10,010.03 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **10,010.03** | **10,010.03** | **$0.00** |
| | | | Less: Bank Transfers | | 10,000.00 | 10,010.03 | |
| | | **Subtotal** | | | **10.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$10.03** | **$0.00** | |

{} Asset reference(s)

Printed: 08/24/2010 10:12 AM V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71975  
**Case Name:** YOUNG, RODNEY LEE  
YOUNG, MONETTA IRENE  
**Taxpayer ID #:** **-***4143  
**Period Ending:** 08/24/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/08 | {10} | Midland National Life Insurance Company | Debtor's share of deceased mother's life insurance proceeds | 1229-000 | 2,557.80 | | 2,557.80 |
| 10/31/08 | {12} | Doris Lawson | sale of car | 1229-000 | 425.00 | | 2,982.80 |
| 11/17/08 | {11} | United of Omaha Life Insurance Co. | interest in estate | 1229-000 | 2,522.03 | | 5,504.83 |
| 11/26/08 | {15} | Doris Lawson | non-contingent interest in estate (mother's CD) | 1229-000 | 4,073.18 | | 9,578.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.25 | | 9,578.26 |
| 12/23/08 | {13} | Edward Jones | share of interest in Eaton Corp Stock | 1229-000 | 2,060.21 | | 11,638.47 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 11,639.14 |
| 01/15/09 | {13} | Edward Jones | late interest posted | 1229-000 | 0.01 | | 11,639.15 |
| 01/19/09 | | ACCOUNT FUNDED: ********1919 | | 9999-000 | | 10,000.00 | 1,639.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 1,639.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,639.53 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,639.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,639.66 |
| 05/28/09 | {16} | Richard Russell | share of interest in CD of Doris Lawson Estate | 1229-000 | 4,000.00 | | 5,639.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 5,639.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,639.95 |
| 07/31/09 | | Sterling Federal Bank | sale proceeds from sale of 804 Evans, Ashton, IL | | 19,486.81 | | 25,126.76 |
| | {14} | | one-fourth gross proceeds of sale of mother's home   20,000.00 | 1210-000 | | | 25,126.76 |
| | | | one fourth of probate atty fees   -293.12 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of title insurance   -69.25 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of policy fee   -0.75 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of recording fees   -15.25 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of city/county tax stamps   -10.00 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of state tax stamps   -20.00 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of pest control   -16.25 | 2500-000 | | | 25,126.76 |
| | | | one-fourth of county taxes   -88.57 | 2820-000 | | | 25,126.76 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 25,126.99 |
| 08/05/09 | 1001 | Monetta Young | homestead exemption portion to Debtor | 8100-002 | | 15,000.00 | 10,126.99 |

Subtotals : $35,126.99   $25,000.00

{} Asset reference(s)

Printed: 08/24/2010 10:12 AM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-71975 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | YOUNG, RODNEY LEE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | YOUNG, MONETTA IRENE | | **Account:** | ***-*****19-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4143 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 08/24/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,127.43 |
| 09/01/09 | {17} | Richard Russell | share of bank account | 1229-000 | 2,936.21 | | 13,063.64 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,064.16 |
| 09/30/09 | | From Account #********1919 | to prepare final report | 9999-000 | 10,010.03 | | 23,074.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 23,075.11 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,076.08 |
| 12/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.65 | | 23,076.73 |
| 12/22/09 | | To Account #********1966 | distribution | 9999-000 | | 23,076.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **48,076.73** | **48,076.73** | **$0.00** |
| | | | Less: Bank Transfers | | 10,010.03 | 33,076.73 | |
| | | | **Subtotal** | | **38,066.70** | **15,000.00** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,066.70** | **$0.00** | |

{} Asset reference(s)     Printed: 08/24/2010 10:12 AM   V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-71975  
**Case Name:** YOUNG, RODNEY LEE  
YOUNG, MONETTA IRENE  
**Taxpayer ID #:** **-***4143  
**Period Ending:** 08/24/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/09 | | From Account #********1965 | distribution | 9999-000 | 23,076.73 | | 23,076.73 |
| 12/24/09 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $3,108.74, Trustee Compensation; Reference: | 2100-000 | | 3,108.74 | 19,967.99 |
| 12/24/09 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,020.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,020.00 | 17,947.99 |
| 12/24/09 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $65.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 65.00 | 17,882.99 |
| 12/24/09 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 45.28% on $7,693.42; Claim# 1; Filed: $7,693.42; Reference: 5121 0717 8196 8692 | 7100-000 | | 3,483.60 | 14,399.39 |
| 12/24/09 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 45.28% on $14,615.88; Claim# 2; Filed: $14,615.88; Reference: 5424 1804 3525 3817 | 7100-000 | | 6,618.09 | 7,781.30 |
| 12/24/09 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 45.28% on $12,235.72; Claim# 3; Filed: $12,235.72; Reference: | 7100-000 | | 5,540.35 | 2,240.95 |
| 12/24/09 | 107 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 45.28% on $1,107.78; Claim# 4; Filed: $1,107.78; Reference: 627800 000 347 9690 | 7100-000 | | 501.60 | 1,739.35 |
| 12/24/09 | 108 | Rockford Health Physicians | Dividend paid 45.28% on $804.49; Claim# 5; Filed: $804.49; Reference: 284YOU354820 | 7100-000 | | 364.27 | 1,375.08 |
| 12/24/09 | 109 | Recovery Management Systems Corporation | Dividend paid 45.28% on $3,036.82; Claim# 6; Filed: $3,036.82; Reference: 6032 2033 8226 3548 | 7100-000 | | 1,375.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,076.73 | 23,076.73 | **$0.00** |
| | | | Less: Bank Transfers | | 23,076.73 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 23,076.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$23,076.73** | |

{} Asset reference(s)

Printed: 08/24/2010 10:12 AM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-71975 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | YOUNG, RODNEY LEE | | **Bank Name:** | The Bank of New York Mellon |
| | YOUNG, MONETTA IRENE | | **Account:** | 9200-******19-66 - Checking Account |
| **Taxpayer ID #:** | **-***4143 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 08/24/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TIA # ***-*****19-19** | 10.03 | 0.00 | 0.00 |
| **MMA # ***-*****19-65** | 38,066.70 | 0.00 | 0.00 |
| **Checking # ***-*****19-66** | 0.00 | 23,076.73 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 0.00 | 0.00 |
| | **$38,076.73** | **$23,076.73** | **$0.00** |

{} Asset reference(s)

Printed: 08/24/2010 10:12 AM   V.12.52